Joshua G. Konecky (SBN 182897)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
jkonecky@schneiderwallace.com

*Settlement Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA GRADY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RCM TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 5:22-cv-00842 JLS-SHK<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT TO ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT (ECF 57)**<br><br>Courtroom 8A, 8th Floor<br>First Street U.S. Courthouse<br>350 West 1st Street,<br>Los Angeles, CA 90012<br><br>Complaint Filed: February 7, 2022 |

# NOTICE OF LODGING OF PROPOSED JUDGMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff BARBARA GRADY ("Plaintiff") hereby lodges the attached [Proposed] Judgment pursuant to the Court's Order of March 24, 2025 (ECF 57) Granting Plaintiff's Motion for Final Approval of Class Action and PAGA Settlement.

Dated: March 28, 2025          Respectfully submitted,

/s/ *Joshua G. Konecky*
Joshua G. Konecky
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

Settlement Class Counsel

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court, Central District of California, by using the Court's CM/ECF system on March 28, 2025. Service will be accomplished on all parties by the Court's CM/ECF system.

Dated: March 28, 2025                    /s/ *Joshua G. Konecky*
                                         Joshua G. Konecky