JS-6

1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   BARBARA GRADY, individually           Case No. 5:22-cv-00842 JLS-SHK
     and on behalf of all others similarly
12   situated,
                                            **JUDGMENT**
13
                  Plaintiffs,
14
15    v.
16
17   RCM TECHNOLOGIES, INC.,
18                Defendant.
19
20
21
22
23
24
25
26
27
28

1   After holding a final fairness hearing on March 21, 2025, the Court granted

2   Plaintiff's Motion for Final Approval of the Class Action and PAGA Settlement,

3   Plaintiff's Motion for Attorneys' fees and cost, and Plaintiff's Motion for a Service Award

4   for the Class Representative. *See* Order, filed March 24, 2025 (Doc. 57) ("Final Approval

5   Order").

6   As discussed in the Final Approval Order, this action has been settled in its entirety

7   and the Court HEREBY ORDERS, ADJUDGES, AND DECREES the following

8   regarding the Class Action and PAGA Settlement ("Settlement"), and related matters:

9   1.    The Court GRANTS certification of the Settlement Class for the reasons

10  discussed in the Court's Preliminary and Final Approval Orders.  The Settlement Class

11  is defined as "All individuals employed as non-exempt, hourly paid nurses by Defendant

12  RCM in California at any time between March 1, 2020 and March 7, 2023 and assigned

13  by RCM to work at COVID-19 testing or vaccination sites for San Bernardino County

14  (including Arrowhead Regional Medical Center), or K-12 schools for LAUSD or

15  Ginkgo";

16  2.    The Court GRANTS final approval of the Settlement as fair, adequate and

17  reasonable, for the reasons discussed in the Final Approval Order.  The Court has

18  APPROVED distribution of the Gross Settlement Fund in the manner set forth in the

19  Settlement Agreement, and the Court's Preliminary and Final Approval Orders;

20  3.    The Court APPROVES a PAGA Payment of $165,841 for the reasons

21  discussed in the Final Approval Order;

22  4.    The Court GRANTS the $39,220 in administration costs requested by JND

23  Legal Administration for the reasons discussed in the Final Approval Order, and permits

24  the filing of a petition for payment of additional costs to JND in the event of a second or

25  third settlement distribution and/or additional, unanticipated administration costs;

26  5.    The Court GRANTS a Service Award of $5,000 to the named-Plaintiff and

27  Class Representative, Plaintiff Barbara Ann Grady, for the reasons discussed in the Final

28  Approval Order;

6.    The Court GRANTS attorneys' fees of $414,602, plus reimbursement of attorneys' litigation costs and expenses of $47,768.17, as reasonable for the reasons discussed in the Final Approval Order; and

7.    The Court ORDERS that ten percent (10%) of the attorneys' fees awarded be withheld pending Class Counsel's submission of a Post-Distribution Status Report within **twenty-one (21) days** after the substantial completion of distribution to the Settlement Class Members

Accordingly, pursuant to Fed. R. Civ. P. 58, and subject to the Court's continuing jurisdiction with respect to any issues that may arise as to the implementation of the Settlement and related matters, the Clerk of the Court is directed to enter this Final Judgment.

IT IS SO ORDERED.

Dated: April 1, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

3